ALBERT A. LUTZ CO., INC., Respondent, v. BOND STORES, INCORPORATED, Appellant.—

Present—
Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

ELLA K. BRICKER, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of METROPOLE SOMERSET CAFE, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 733.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CID CANALE, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 180 VARICK STREET CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [172-180 Varick St., Borough of Manhattan.] —

No opinion. Settle order on notice. Present—
Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

SAMUEL NEWFIELD, as Trustee in Bankruptcy of JOY KRAFT CREATIONS, INC., Bankrupt, Respondent, v. SYLVIA SCHUB et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMELIA SCHAEFER, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [450 W. 162nd St., Borough of Manhattan.] — No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.